IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA DURKIN, both individually and as Administratrix of the Estate and Administratrix Ad Prosequendum of the Estate of WILLIAM R. GANGELL, Jr., Deceased | : : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| PACCAR, Inc., et al., | : | No. 09-4892 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **19th** day of **January, 2010**, upon consideration of the Motion to Remand and Request for Reimbursement of Related Attorney Fees and Costs filed by Plaintiff Jessica Durkin; the Motion to Transfer Venue filed by Defendants PACCAR, Inc., Peterbilt Motors Company, Wabash National Corporation, Spanset, Inc., and ANCRA International, Inc.; the Motion to Dismiss for Lack of Jurisdiction filed by Defendant Spanset, Inc.; all responses thereto; all replies thereon; and for the reasons provided in this Court's Memorandum dated January 19, 2010, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Remand and Request for Reimbursement of Related Attorney Fees and Costs (Doc. No. 20) is **DENIED**.

2. The Motion to Transfer Venue to the District of New Jersey filed by Defendants PACCAR, Inc., Peterbilt Motors Company, Wabash National Corporation, Spanset, Inc., and ANCRA International, Inc. (Doc. No. 32) is **GRANTED**.

    a. This civil action is transferred to the United States District Court for the District of New Jersey, Camden vicinage.

3. The Motion to Dismiss for Lack of Jurisdiction filed by Defendant Spanset, Inc. (Doc. No. 31) is **DENIED as moot**.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**