# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JESSICA DURKIN, both Individually and as Administratrix of the Estate and as Administratrix Ad Prosequendum of the ESTATE OF WILLIAM R. GANGELL, JR., | : : : : | Hon. Joseph H. Rodriguez<br><br>Civil Action No. 10-2013 |
| Plaintiffs, | | |
| v. | : | **ORDER** |
| PACCAR, INC. and PETERBILT MOTORS COMPANY and WABASH NATIONAL CORPORATION and SPANSET, INC. and ANCRA INTERNATIONAL, LLC. and DURA-BOND INDUSTRIES, INC. and DURA-BOND COATING, INC. and DURA-BOND DEVELOPMENT, INC. and DURA-BOND STEEL CORP. and DURA-BOND PIPE, LLC., | : : : : : | |
| Defendants. | | |

This matter having come before the Court on motion of Defendants PACCAR, Inc. and Peterbilt Motors Company ("PACCAR Defendants") to dismiss all punitive damages claims against the PACCAR Defendants [Dkt. Entry No. 6] and on motion of Defendants Dura-Bond Industries, Inc., Dura-Bond Coating, Inc., Dura-Bond Development, Inc., Dura-Bond Steel, Corp., and Dura-Bond Pipe, LLC. ("Dura-Bond Defendants") to dismiss all claims against the Dura-Bond Defendants pursuant to Fed. R. Civ. P. 12(b)(6) [Dkt. Entry No. 8]; and the Court having considered the written submissions of the parties; and the Court having heard oral argument on the motions on September 20, 2010; and Plaintiff having agreed at oral argument to withdraw without prejudice all punitive damages claims against all defendants; and for the reasons set forth in the accompanying Opinion issued on even date,

IT IS on this <u>19</u>th day of October, 2010 hereby

ORDERED that the PACCAR Defendants' motion [Dkt. Entry No. 6] is <u>GRANTED</u>; and

IT IS FURTHER ORDERED the Dura-Bond Defendants' motion [Dkt. Entry No. 8] is <u>GRANTED</u>.

          /s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
United States District Judge