UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JESSICA DURKIN, both individually, and as Administratrix of the Estate and Administratrix Ad Prosequendum of the Estate of WILLIAM R. GANGELL, JR., Deceased, | : : : : : : | Hon. Joseph H. Rodriguez |
| Plaintiffs, v. | : : : | Civil Action No. 10-2013 |
| WABASH NATIONAL, Defendant. | : : : : | **ORDER** |

These matters having come before the Court upon Motion of Defendant Wabash National Corporation (hereinafter "Wabash") for Summary Judgment [Dkt. No. 149] pursuant to Fed. R. Civ. P. 56, and the Court having considered the written submissions as well as the arguments advanced in the two hearings in this matter on February 20, 2013 and March 12, 2013, and for the reasons set forth on the record during the hearings in this matter and for the reasons outlined in the Court's Opinion of even date,

IT IS on this 29th Day of May, 2013 hereby ORDERED that

Defendant's Motion for Summary Judgment [Dkt. No. 149] is GRANTED.

 s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
United States District Judge