UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JESSICA DURKIN, both individually, and as Administratrix of the Estate and Administratrix Ad Prosequendum of the Estate of WILLIAM R. GANGELL, JR., Deceased, | : : : : : : : | Hon. Joseph H. Rodriguez |
| Plaintiffs, | : : | Civil Action No. 10-2013 |
| v. | : : | |
| WABASH NATIONAL, | : : | **ORDER** |
| Defendant. | : | |

This matter having come before the Court upon Defendant Wabash National Corporation's Fed. R. Civ. P. 72 (a) Objection to Magistrate Judge Ann Marie Donio's December 28, 2012 Order regarding reimbursement of expert fees incurred in connection with Plaintiff's deposition of Defendant's experts [Dkt. No. 194]; and the Court having considered the written submissions of the parties; and for the reasons expressed in the Court's Opinion of even date,

IT IS on this 30th day of September, 2013 hereby

ORDERED that Magistrate Judge Donio's December 28, 2012 Order is AFFIRMED.

                                                           s/ Joseph H. Rodriguez
                                                           Hon. Joseph H. Rodriguez,
                                                           UNITED STATES DISTRICT JUDGE