# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>13-2705</u>

Jessica Durkin v. PACCAR Inc, et al

(D.N.J. No. 1-10-cv-02013)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case and at the direction of the Court, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated: September 22, 2014

Gerhard P. Dietrich, Esq.
Stewart J. Eisenberg, Esq.
Paul D. Lux, Esq.
Daniel J. Sherry Jr., Esq.
Nancy J. Winkler, Esq.

A True Copy:
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.